UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:22-cv-00776-SHK | Date: | September 19, 2022 |
|---|---|---|---|

| Title: | *Latanya Williams v. Jade Development, Inc., et al.* |
|---|---|

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

On August 12, 2022, Plaintiff Latanya Williams ("Plaintiff") filed a Notice of Settlement ("Notice").  Electronic Case Filing Number ("ECF No.") 8.  In the Notice, Plaintiff informs the Court that this case has settled in its entirey.  Id. at 1.  Documents related to the disposition of the case were due to be filed within thirty days from the filing of the Notice.  To date, the parties have not filed these documents.

Accordingly, on or before **September 23, 2022**, Plaintiff is to ORDERED TO SHOW CAUSE why the requisite documents dismissing the matter have not been filed or to provide a status report.

**IT IS SO ORDERED.**